# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WERNER HARRER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No. 10-cv-04429 |
| v. ) | |
| ) | |
| A & S COLLECTION ) | Judge Blanche M. Manning |
| ASSOCIATES, INC., ) | |
| ) | |
| ) | |
| DEFENDANT, ) | |

## SATISFACTION OF JUDGMENT

Plaintiff Werner Harrer, through his attorney, The Law Office of M. Kris Kasalo, Ltd., hereby states that he has received a total of $7786.25 from Defendant A & S Collection Associates, Inc., which constitutes total satisfaction of the judgment entered by the Court on August 3, 2011 inclusive of all fees, costs and expenses.

                                           Respectfully submitted,

                                           /s/ M. Kris Kasalo
                                           Attorney for Plaintiff

**The Law Office of M. Kris Kasalo, Ltd.**
Mario Kris Kasalo (Atty. No. 6292190)
The Law Office of M. Kris Kasalo
20 North Clark Street, Suite 3100
Chicago, Illinois 60601
Ph:    312.726.6160
Fax:   312.698.5054
Email: mario.kasalo@kasalolaw.com

# CERTIFICATE OF SERVICE

I, Mario Kris Kasalo, an attorney, certify that I shall cause to be served a copy of Plaintiff's Satisfaction of Judgment upon the following individual(s), via the following method(s) as indicated, this day of August 29, 2012:

|  |  |  |
|---|---|---|
| ____ | CM/ECF | *Defendant(s)* |
| ____ | Facsimile | A & S Collection Associates, Inc. |
| ____ | Federal Express | 2847 VT RT 14 |
| ____ | UPS | Williamstown, VT 05679 |
| _X_ | USPS Mail | asc3@a-scollections.com |
| ____ | Messenger | |
| ____ | Email | |

/s/M. Kris Kasalo